THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ELMER CROSS, Defendant-Appellant.

(No. 71-151;

Second District—May 17, 1972.

Opinion by Mr. JUSTICE THOMAS J. MORAN.

Ralph Ruebner, of Defender Project, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, (Dudley E. Owens, Assistant State's Attorney, of counsel,) for the People.